IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JONATHAN BROWN<br>　　Debtor,<br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>　　Movant,<br><br>　　　　v.<br><br>JONATHAN BROWN, and<br>ROBERT H. HOLBER, Trustee,<br>　　Respondents. | Bankruptcy No. 26-12236-amc<br><br>Chapter 7 |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, American Honda Finance Corporation (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, and files this *Motion for Relief from the Automatic Stay* (the "Motion"), representing as follows:

THE PARTIES

1.　Respondent, Jonathan Brown ("Debtor"), is an adult individual with a place of residence located at 2568 Frankford Ave Unit C, Philadelphia, PA 19125.

2.　Robert H. Holber is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

JURISDICTION AND VENUE

3.　This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

FACTUAL BACKGROUND

4.　On or about May 22, 2026, the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

5.      On or about March 20, 2024, the Debtor leased a 2024 Honda Civic, VIN: 2HGFE1E54RH472752 (the "Vehicle"), pursuant to a Lease Agreement (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6.      Movant has a secure interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7.      The Lease requires monthly payments of $609.41, due on the 23rd of the month.

8.      The Debtor has failed to make their monthly payments from April 23, 2026, to date. The total arrears are $1,903.23.

9.      The Debtor's schedules state that the Lease will not be assumed.

10.     The total balance due on the Contract as of July 1, 2026, was $28,903.36.

11.     The J.D. Power value of the Vehicle is $25,525.00. J.D. Power report attached hereto as **Exhibit C**.

12.     Movant is entitled to relief from the automatic stay for cause, due to the lack of adequate protection, the Lease not being assumed and the Debtor's failure to make their contractual payments to Movant.  11 U.S.C. §362(d)(1).

WHEREFORE, Movant, American Honda Finance Corporation, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2024 Honda Civic, VIN: 2HGFE1E54RH472752.

Respectfully submitted,

METZ, LEWIS, BRODMAN, MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for American Honda Finance Corporation*

Dated: July 22, 2026